UNITED STATES v. M. J. DALTON CO.

(Circuit Court, E. D. Pennsylvania. February 15, 1907.)

No. 12.

CUSTOMS DUTIES—IMPORTATIONS FROM CUBA—TIME OF TAKING EFFECT OF TREATY.

The treaty between Cuba and the United States, signed December 11, 1902, did not go into effect until December 27, 1903, the date proclaimed by the President, and imports from Cuba entered prior to that date were not entitled to the 20 per cent. reduction provided for therein from the duties imposed by Tariff Act July 24, 1897, c. 11, 30 Stat. 151 [U. S. Comp. St. 1901, p. 1626].

Appeal from Decision of Board of General Appraisers.

William M. Stewart, Jr., and J. W. Thompson, for the United States. Hatch, Keener & Clute, for appellee.

HOLLAND, District Judge. The importation of the goods involved in this case arrived at Philadelphia on December 18, 1903, one day after the President issued his proclamation putting into effect the treaty between the United States and Cuba. The importers claimed a reduction in duties of 20 per cent., and the Board of General Appraisers, in their decision rendered March 25, 1905, held that the Dalton Company was entitled to this reduction, on the ground that the President did not have the power to postpone the operation of the treaty until December 27, 1903. From this ruling the collector appealed to this court. The Supreme Court has held in the case of U. S. v. American Refining Co., 202 U. S. 563, 26 Sup. Ct. 717, 50 L. Ed. 1149, and in Franklin Sugar Refining Co. v. U. S., 202 U. S. 580, 26 Sup. Ct. 720, 50 L. Ed. 1153, that the treaty went into effect December 27, 1903.

So that the appeal in this case must be sustained; and it is so ordered.